FILED

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

2007 MAR 12  PM 3: 46

U.S. BANKRUPTCY COURT
AUGUSTA, GA
SAMUEL L. KAY, CLERK

In re:

|  |  |  |
|---|---|---|
| COMMERCIAL AND MILITARY SYSTEMS COMPANY, INC., | ) ) | Case No.:04-13301-LDW |
|  | ) | Chapter 7 |
| Debtor | ) |  |
| _____ | ) ) | Judge Lamar W. Davis, Jr. |
| EDWARD J. COLEMAN, III, TRUSTEE | ) ) | Adversary Number _____ |
|  | ) |  |
| Plaintiff, | ) ) |  |
| vs. | ) ) |  |
| Y&JE, INC., First Defendant | ) ) ) |  |
| EUGENE CHIN YU, Second Defendant | ) ) ) |  |
| and | ) ) |  |
| JONIE YU, Third Defendant, | ) ) ) |  |

## COMPLAINT TO AVOID AND RECOVER TRANSFERS OF PROPERTY
## [ 11 U.S.C.§§  549, 550, and 551]

NOW COMES EDWARD J. COLEMAN, III, Trustee in the above referenced matter and

respectfully files his COMPLAINT TO AVOID AND RECOVER TRANSFERS OF

PROPERTY against the above named Defendants and in support thereof shows to the Court the

following:

25

### JURISDICTIONAL, VENUE AND PROCEDURAL  ALLEGATIONS

1.  This bankruptcy case was commenced by the filing on September 14, 2004 ("Petition Date") of a petition under Title 11 of the United States Code by Commercial & Military Systems Company, Inc. (the "Debtor").  Plaintiff is authorized to commence suit on behalf of the estate.

2.  This adversary proceeding arises out of and is related to the above-captioned case pending before the United States Bankruptcy Court.  This court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 157 and 1334.  The causes of action set forth herein involve the turnover of property of the estate and to recover post-petition transfers of property pursuant to 11 U.S.C. §§ 549, 550 and 551 and, as such, constitute "core" proceedings pursuant to 28 U.S.C. § 157(b)(2).

3.  Venue is based on 28 U.S.C. §§ 1408 and 1409.

4.  This Court, pursuant to 11 U.S.C. Section 105(a) and 28 U.S.C. Section 1481, has the power to issue an Order which may be necessary and appropriate to carry out the provisions of 11 U.S.C. Sections 101 *et seq*.

### PARTIES

5.  The Plaintiff, Edward J. Coleman, III, is the duly appointed trustee in the Chapter 7 of Commercial & Military Systems Company, Inc. which was converted from Chapter 11 on September 6, 2006.  The Plaintiff/Trustee was appointed on September 8, 2006.

6.  Plaintiff is informed and believes, and on that basis alleges, that Y & JE, Inc., First Defendant, is a corporation organized under the laws of the State of Georgia, and may be served through its registered agent, to-wit: Benjamin F. McElreath at its registered office at 3540 Wheeler Road, Suite 309, if it has not sooner acknowledged service.

7.  The Second Defendant, Eugene Chin Yu, is subject to the jurisdiction of this Court

and may be served at 4349 Miller Drive, Evans, Georgia 30809, if he has not sooner

acknowledged service.  The Second Defendant is an insider of the Debtor corporation within the

meaning of 11 U.S.C. Section 101(31)(B) and(E).

8.  The Third Defendant, Jonie Yu, is subject to the jurisdiction of this Court and may be

served at 4349 Miller Drive, Evans, Georgia 30809, if she has not sooner acknowledged service.

The Third Defendant is an insider of the Debtor corporation within the meaning of 11 U.S.C.

Section 101(31)(B) and(E).

9.  The instant complaint (the "Complaint") initiates an adversary proceeding in which

Plaintiff seeks to recover property of the estate pursuant to the provisions of 11 U.S.C. §§ 549-

551.

## STATEMENT OF FACTS

10.  Plaintiff incorporates each and every allegation contained in paragraphs 1 through 9,

inclusive, as if fully set forth herein

11.  The Debtor's Chapter 11 Bankruptcy Case was initiated by the filing of a petition on

September 14, 2004.  On the 20th day of July, 2005 the United States Trustee filed a MOTION

TO CONVERT TO CHAPTER 7 OR IN THE ALTERNATIVE TO DISMISS THIS CHAPTER

11 CASE on the following grounds: (a) The debtor had failed to file a disclosure statement and

plan of reorganization; (b) the debtor had failed to effectuate a plan of reorganization; (c) the

operating reports submitted by the debtor revealed that the debtor was operating at a significant

loss, representing a continuing loss or diminution of the estate [Doc. # 73].  This Motion was

denied by the Court on December 5, 2005 [Doc. # 86].

12.  On May 30, 2006, the United States Trustee filed another MOTION TO CONVERT

TO CHAPTER 7 OR TO DISMISS on the following grounds: the debtor's failure to propose a plan and disclosure statement after nearly two years in chapter 11 and unreasonable delay prejudicial to creditors [Doc. # 115]. This Motion to Convert or Dismiss was amended by the United States Trustee on August 9, 2006 [Doc. # 144], reciting the incompleteness of the debtor's plan and disclosure statement that had been filed on July 31, 2006 pursuant to a deadline imposed by the Court.

13. On the 14th day of August, 2006 the Clerk issued a Notice of Hearing on the U.S. Trustee's Motion to Dismiss or Convert [Doc. # 145]. Accordingly, as of August 14, 2006, the Defendants herein had actual or constructive knowledge that this case might be converted to Chapter 7 after the Hearing to be held on August 30, 2006, and that a Trustee might be appointed, and the assets of the Debtor would be liquidated and distributed according to the scheme of priorities established under the Bankruptcy Code.

14. As of the time of the Hearing on the Motion to Dismiss on August 30, 2006, the Debtor was pursuing the completion of two contracts, namely: (a) the Y & JE / Global Contract for the refurbishment of 5-ton trucks for the Israeli government, and (b) the TACOM/Colombia Contract for the production of 20 refurbished 2 ½ ton trucks.

15. On or about August 25, 2006 the Debtor received by wire transfer into its Operating Account at Georgia Bank & Trust the sum of $447,628.32 from the United States Government in partial payment for the TACOM/Colombia trucks. Immediately prior to that deposit, the balance in this account was only $10,079.05 [see attached **Exhibit "A"**].

16. On or about August 24, 2006, the Defendants directed the bookkeeper of CMS to pay certain debts and operating expenses of the corporation as reflected on that portion of the check register attached hereto as **Exhibit "B"**.

17. In addition, at the direction of one or more of the Defendants a payment of $275,000.00 was made to Y & JE, Inc, First Defendant by check number 4203. This transfer of property of the estate is reflected as a deposit on August 28, 2006 in the checking account of Y & JE, Inc. maintained with First Citizens Bank (Account # 052147259701)[see attached **Exhibit "C"**]. This deposit of $275,000.00 was made to the account of Y &JE, Inc. by one or more of the Defendants.

18. On September 15, 2006 the Defendants caused the sum of $100,000.00 to be transferred from the checking account of Y & JE, Inc. to the personal account of the Second and Third Defendants at Wachovia Bank via check number 1094. On September 26, 2006 the Defendants caused the additional sum of $120,000.00 to be transferred from the checking account of Y & JE, Inc. to the personal account of the Second and Third Defendants at Wachovia Bank via check number 1095. These transfers are reflected on the bank statement of Y & JE, Inc. attached hereto as **Exhibit "D"**.

19. The result of this payment to the First Defendant, and the transfers to the Second and Third Defendants, was to deplete the cash reserves of the Debtor Corporation to a level that made it unable to pay ongoing wages, insurance premiums, utilities, and other necessary expenses for the preservation of the assets of the corporation.

20. In so doing the Defendants have violated their various fiduciary duties to the corporation, and to its employees and creditors. The Trustee is entitled to recover all of these funds from the Defendants.

## FIRST CLAIM FOR RELIEF (TO RECOVER POST PETITION TRANSFERS PURSUANT TO 11 U.S.C. § 549)

21. Plaintiff/Trustee incorporates each and every allegation contained in paragraphs 1 through 20, inclusive, as if fully set forth herein.

22. Pursuant to 11 U.S.C. Section 549 the Plaintiff/Trustee is entitled to avoid the transfers of property of the estate as described above.

23. The Plaintiff/Trustee would show that in order to avoid a transfer of property from the Debtor's bankruptcy estate pursuant to 11 U.S.C. Section 549 he must prove four elements:

(a) first, the unauthorized transfer must occur *after* the commencement of the case; here, the subject transfer occurred on or about August 30, 2006, after the case was commenced on September 14, 2004;

(b) secondly, property of the bankruptcy estate must be involved; in this case the funds transferred were in the debtor's operating account and are more specifically identified as the partial payment under the TACOM/Colombia contract received via wire transfer on August 25, 2006;

(c) thirdly, the Trustee must show that *the Debtor* transferred the property; again, this is clearly demonstrated because the funds transferred were paid to Y&JE, Inc. via a check written on the Debtor's operating account with Georgia Bank & Trust;

(d) fourthly, the transfer must not be authorized by the Court or the Bankruptcy Code.  See, Cohen v. KDC Financial Services, Inc. (In re Miller Mining, Inc.) 219 B.R. 219 (Bcy N.D. Ohio 1998), and Gibson v. United States (In re Russell), 927 F.2d 413 (8th Cir. 1991).  In this regard, Plaintiff would show that the Debtor never sought or obtained a court order authorizing it to borrow money from Y&JE, Inc, or to repay Y&JE, Inc. with post-petition

revenues.  Nor was this transaction a use of estate property in the ordinary course of business within the contemplation of 11 U.S.C. Section 363(c)(1).  See, <u>Shields v. Duggan (In re Dartco, Inc.</u>) 197 B.R. 860 (Bcy Minn. 1996).

24.  The transfer to Y&JE, Inc. was clearly not made in the ordinary course of the debtor's business in light of the following:

(a) Y&JE, Inc. was formed by the Defendants for the specific purpose of pursuing continued business with a pre-petition business partner, Global Engineering USA Inc.;

(b) the principals of Y&JE, Inc. treated as virtually interchangeable parts the resources of CMS, Y&JE, Inc., their personal funds, and funds borrowed from Lawrence Benenson;

(c) the timing of the transfer, made only days before the hearing on the United States Trustee's Motion to Convert or Dismiss held August 30, 2006, reflects that the Defendants had actual or constructive knowledge of a substantial likelihood that the case would be converted, a trustee appointed, and that the remaining assets of the debtor would be distributed pursuant to the priority scheme of the bankruptcy code;

(d) the funds received by the debtor immediately before the transfer can be traced to the TACOM/Colombia contract which did not involve the participation of Y&JE, Inc.

25.  The Federal Rules of Bankruptcy Procedure 6001 provides "any entity asserting the validity of a transfer under Section 549 of the Code shall have the burden of proof.  See, <u>Hoagland v. Edward Hines Lumber Co.</u> (<u>In re: LWMcK Corp.</u>), 196 B.R. 421 (Bankr. S.D. Ill. 1996).

26.  Accordingly, The Plaintiff/Trustee would show that because the subject Transfers were made after the Petition Date, such Transfers were unauthorized post-petition transfers and

are avoidable pursuant to 11 U.S.C. § 549 (a) ("Post-Petition Transfers").


**SECOND CLAIM FOR RELIEF (TO RECOVER AVOIDED TRANSFERS AGAINST DEFENDANTS FOR THE BENEFIT OF THE ESTATE UNDER 11 U.S.C. § 550 AND TO PRESERVE AVOIDED TRANSFERS FOR THE BENEFIT OF THE ESTATE UNDER 11 U.S.C. § 551)**


27.  Plaintiff incorporates each and every allegation contained in paragraphs 1 through 26, inclusive, as if fully set forth herein.

28.  The Post-Petition Transfers, to the extent that they are avoided pursuant to 11 U.S.C. § 549, may be recovered by Plaintiff pursuant to 11 U.S.C.§ 551.

29.  No defense to these transfers is available to any of the Defendants based on valuable consideration, or good faith, or lack of knowledge of the voidability of such transfers.

30.  The Plaintiff is entitled to judgment against the Defendants, and each of them, for the sum of $275,000.00 plus interest at the legal rate, and such additional damages as might be available under Georgia law for the Defendants' violations of its fiduciary duties to creditors, including attorneys fees and punitive damages.


**THIRD CLAIM FOR RELIEF (TO OBJECT TO CLAIMS OF THE DEFENDANTS 11 U.S.C. § 502(d))**

31.  Plaintiff incorporates each and every allegation contained in paragraphs 1 through 30, inclusive, as if fully set forth herein.

32.  Unless and until the Post-Petition Transfers (collectively, "All Avoided Transfers") are avoided and Defendants have paid or turned over to Plaintiff the amount of said All Avoidable Transfers, any claims of Defendants in this bankruptcy case must be disallowed

pursuant to 11 U.S.C. § 502(d).

33. The Trustee reserves the right to object to any proof of claim filed by one or more of the Defendants on other grounds, and pursuant to Federal Bankruptcy Rule 3007, in a contested matter separate from this adversary proceeding.

## RELIEF REQUESTED

WHEREFORE, Plaintiff prays that this Court enter judgment as follows:

(a). That All Avoided Transfers avoidable under 11 U.S.C. § 549 be avoided and set aside;

(b). That All Avoided Transfers, to the extent that they are avoided pursuant to 11 U.S.C. § 549, be recovered by Plaintiff pursuant to 11 U.S.C. § 550(a) and be preserved for the benefit of the estate pursuant to 11 U.S.C.§ 551;

(c). Plaintiff shall recover from Defendants All Avoided Transfers, together with prejudgement interest thereon, at the legal rate allowed under 28 U.S.C.§ 1961 from the date of each Transfer;

(d) That any claims of Defendants in this bankruptcy case be disallowed pursuant to 11 U.S.C. § 502(d);

(e). An award of costs incurred in this suit; and

(f). Such other and further relief as this Court may deem necessary and proper.

This ___12th___ day of ___March___ 2007.

By:_____

EDWARD J. COLEMAN, III, TRUSTEE

Georgia State Bar Number 177475

OF COUNSEL:

SURRETT & COLEMAN, P.A.
SUNTRUST BANK BUILDING
801 BROAD STREET, SUITE 901
POST OFFICE BOX 1497
AUGUSTA, GEORGIA 30903-1497
PHONE: (706) 722-3301

Date    8/31/06              Page      1
Primary Account                  201015374
Enclosures                        224

Commerical & Military Systems Com
Operating Acct
DIP 04-13301-JSD
2950 Mike Padgett Hwy
Augusta GA 30906


24 Hour Banking at your fingertips.
Express Banking Phone#(706)729-0024


| Account Number | Account Type | Current Balance |
|---|---|---|
| | | 130,783.96 |
| 201015374 | Commercial Checking | |
| 201015382 | Flat Fee Easy Business Ckg | 2,268.85 |
| 201015390 | Flat fee Easy Business Ckg | 1,451.70 |

_____Checking Account_____

Introducing our Market CD offering premium rates.
Call 706-738-6990 for details.

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 116 |
| Account Number | 201015374 | Statement Dates  8/01/06 thru  8/31/06 | |
| Previous Balance | 57,060.11 | Days This Statement Period | 31 |
| 11 Deposits/Credits | 613,179.53 | Average Ledger | 96,107.97 |
| 128 Checks/Debits | 539,455.68 | Average Collected | 82,600.95 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 130,783.96 | | |

_____Deposits and Additions_____

| Date | Description | | Amount |
|---|---|---|---|
| | | | 528.19 |
| 8/04 | RBS LYNK | BNKCRD DEP | |
| | LK453897 000015 | | 70,000.00 |
| 8/04 | Deposit | | 90.91 |
| 8/07 | RBS LYNK | BNKCRD DEP | |
| | LK453897 000016 | | 6,075.79 |
| 8/08 | Deposit | | 31,210.00 |
| 8/14 | Deposit | | 210.23 |
| 8/17 | RBS LYNK | BNKCRD DEP | |
| | LK453897 000017 | | 50,000.00 |
| 9/18 | Deposit | | 7,132.23 |
| 8/18 | Deposit | | 207.68 |
| 8/24 | RBS LYNK | BNKCRD DEP | |
| | LK453897 000018 | | |

EXHIBIT "A" - 1

```
                                          Date   8/31/06          Page    2
                                          Primary Account         201015374
                                          Enclosures                    224
```

Commercial Checking                    201015374   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 8/25 | DFAS-CO          INVOICE | 447,628.32 |
|      | ST*820*000000237\ | |
|      | BPR*C*447628.32*C*ACH*CTX*01*0 | |
|      | 44036483*Z*00006356***01*06110 | |
| 8/31 | RBS LYNK         BNKCRD DEP | 96.18 |
|      | LK453897 000019 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | Wire Transfer Debit | 4,700.00 |
| 8/01 | COLSON SERVICES    TO 03028 | 9,118.61 |
| 8/04 | Transfer to payroll | 41,701.52 |
| 8/04 | Telephone transfer debit to | 12,055.61 |
|      | Acct No.        201015382-D | |
| 8/07 | RBS LYNK        MTHLY CHGS | 30.45 |
|      | LK453897 080306 | |
| 8/15 | NORTHERN LEASINGLEASE PMT | 32.09 |
|      | 0058900A:0815 | |
| 8/16 | Transf to Comm Ckg       0002 | 1,000.00 |
|      | To cover GDR Payment | |
|      | Confirmation number  816060072 | |
| 8/18 | Telephone Transfer Fee | 3.00 |
| 8/18 | Telephone Transfer Fee | 3.00 |
| 8/18 | Telephone transfer debit to | 42,534.01 |
|      | Acct No.        201015390-D | |
| 8/18 | Telephone transfer debit to | 11,947.46 |
|      | Acct No.        201015382-D | |
| 8/25 | Returned Deposited Check | 1,552.00 |

## Summary by Check Number

| Date | Check | Amount | Date | Check | Amount | Date | Check | Amount |
|------|-------|--------|------|-------|--------|------|-------|--------|
| 8/31 | | 1068.82 | 8/01 | 4068* | 165.80 | 8/02 | 4097* | 9557.46 |
| 8/30 | 3796* | 1690.67 | 8/14 | 4071* | 999.00 | 8/02 | 4098 | 2029.00 |
| 8/08 | 4036* | 1440.00 | 8/07 | 4073* | 363.90 | 8/02 | 4099 | 286.41 |
| 8/02 | 4056* | 99.50 | 8/04 | 4074 | 168.74 | 8/03 | 4100 | 37.91 |
| 8/01 | 4061* | 334.51 | 8/02 | 4075 | 801.90 | 8/04 | 4103* | 9803.92 |
| 8/04 | 4062 | 497.76 | 8/14 | 4090* | 5409.00 | 8/03 | 4104 | 685.00 |
| 8/17 | 4064* | 654.10 | 8/07 | 4094* | 5000.00 | 8/10 | 4106* | 399.57 |
| 8/07 | 4065 | 1950.00 | 8/07 | 4095 | 426.06 | 8/07 | 4107 | 1219.85 |

* Indicates Break in Check Number Sequence

EXHIBIT "A" - 2

```
                                        Date   8/31/06           Page    3
                                        Primary Account          201015374
                                        Enclosures                     224
```

Commercial Checking                     201015374   (Continued)

## Summary by Check Number

| Date | Check | Amount | Date | Check | Amount | Date | Check | Amount |
|------|-------|--------|------|-------|--------|------|-------|--------|
| 8/11 | 4108 | 92.38 | 8/08 | 4141 | 237.53 | 8/29 | 4176 | 2365.91 |
| 8/14 | 4109 | 140.26 | 8/15 | 4142 | 18.50 | 8/25 | 4177 | 646.24 |
| 8/10 | 4110 | 50.00 | 8/15 | 4143 | 329.85 | 8/28 | 4183* | 833.98 |
| 8/07 | 4111 | 2727.60 | 8/14 | 4144 | 30.00 | 8/30 | 4184 | 231.83 |
| 8/10 | 4112 | 572.93 | 8/16 | 4145 | 308.84 | 8/30 | 4185 | 674.31 |
| 8/15 | 4113 | 504.60 | 8/11 | 4146 | 247.50 | 8/28 | 4188* | 708.56 |
| 8/09 | 4114 | 3328.00 | 8/16 | 4147 | 39.00 | 8/29 | 4189 | 766.93 |
| 8/14 | 4115 | 2290.00 | 8/14 | 4148 | 1900.00 | 8/22 | 4190 | 2709.22 |
| 8/07 | 4116 | 10336.00 | 8/15 | 4149 | 500.00 | 8/31 | 4191 | 32.27 |
| 8/28 | 4117 | 51.11 | 8/18 | 4150 | 793.11 | 8/29 | 4192 | 3057.39 |
| 8/21 | 4118 | 40.06 | 8/16 | 4151 | 1694.01 | 8/30 | 4193 | 92.38 |
| 8/07 | 4119 | 67.81 | 8/24 | 4152 | 294.00 | 8/24 | 4194 | 375.00 |
| 8/04 | 4120 | 43.20 | 8/23 | 4153 | 150.00 | 8/24 | 4196* | 24.92 |
| 8/04 | 4121 | 39.00 | 8/23 | 4154 | 2375.00 | 8/28 | 4197 | 413.26 |
| 8/07 | 4122 | 430.00 | 8/24 | 4155 | 92.38 | 8/28 | 4198 | 1431.35 |
| 8/04 | 4124* | 154.00 | 8/18 | 4156 | 1431.35 | 8/28 | 4199 | 166.23 |
| 8/07 | 4125 | 181.17 | 8/22 | 4157 | 152.21 | 8/31 | 4200 | 50.00 |
| 8/08 | 4126 | 265.89 | 8/23 | 4158 | 50.00 | 8/31 | 4202* | 821.66 |
| 8/04 | 4127 | 260.00 | 8/17 | 4159 | 78.00 | 8/30 | 4203 | 275000.00 |
| 8/04 | 4128 | 318.50 | 8/30 | 4160 | 79.38 | 8/30 | 4204 | 474.80 |
| 8/07 | 4129 | 396.38 | 8/21 | 4161 | 270.00 | 8/30 | 4211* | 312.41 |
| 8/04 | 4130 | 122.02 | 8/18 | 4162 | 1157.25 | 8/30 | 4212 | 2890.00 |
| 8/09 | 4131 | 292.19 | 8/23 | 4163 | 659.41 | 8/31 | 4213 | 221.71 |
| 8/04 | 4132 | 144.00 | 8/18 | 4164 | 240.00 | 8/29 | 4214 | 884.70 |
| 8/11 | 4133 | 305.00 | 8/31 | 4165 | 113.14 | 8/28 | 4215 | 750.00 |
| 8/10 | 4134 | 60.34 | 8/22 | 4166 | 332.75 | 8/31 | 4216 | 169.06 |
| 8/14 | 4135 | 120.00 | 8/28 | 4167 | 1220.36 | 8/30 | 4217 | 180.00 |
| 8/15 | 4136 | 3109.79 | 8/30 | 4169* | 5587.50 | 8/29 | 4218 | 4789.00 |
| 8/10 | 4137 | 1125.00 | 8/30 | 4170 | 675.00 | 8/30 | 4221* | 75.00 |
| 8/11 | 4138 | 2475.00 | 8/30 | 4172* | 1819.50 | 8/30 | 4222 | 14387.09 |
| 8/09 | 4140* | 500.00 | 8/30 | 4175* | 736.04 | | | |

* Indicates Break in Check Number Sequence

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 42,741.19 | 8/08 | 15,557.99 | 8/15 | 21,936.99 |
| 8/02 | 29,966.92 | 8/09 | 11,437.80 | 8/16 | 18,895.14 |
| 8/03 | 29,244.01 | 8/10 | 9,229.96 | 8/17 | 18,373.27 |
| 8/04 | 34,463.93 | 8/11 | 6,110.08 | 8/18 | 17,396.32 |
| 8/07 | 11,425.62 | 8/14 | 26,431.82 | 8/21 | 17,086.26 |

EXHIBIT "A" - 3

```
                                                Date    8/31/06          Page    4
                                                Primary Account          201015374
                                                Enclosures                     224
```

Commercial Checking                  201015374   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/22 | 13,892.08 | 8/25 | 455,509.13 | 8/30 | 133,164.44 |
| 8/23 | 10,657.67 | 8/28 | 449,934.28 | 8/31 | 130,783.96 |
| 8/24 | 10,079.05 | 8/29 | 438,070.35 | | |

Introducing our Market CD offering premium rates.
Call 706-738-6990 for details.

```
Flat Fee Easy Business Ckg                          Number of Enclosures                    0
Account Number                        201015382     Statement Dates   8/01/06 thru  8/31/06
Previous Balance                         262.26     Days This Statement Period             31
    3 Deposits/Credits                25,003.07     Average Ledger                    5,144.01
    4 Checks/Debits                   22,996.48     Average Collected                 5,144.01
Service Charge                             .00
Interest Paid                              .00
Current Balance                        2,268.85
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 8/04 | Telephone transfer credit from | 12,055.61 |
| | Acct No.        201015374-D | |
| 8/16 | Trsf from Comm Ckg        0001 | 1,000.00 |
| | To cover GDR Payment | |
| | Confirmation number  816060072 | |
| 8/18 | Telephone transfer credit from | 11,947.46 |
| | Acct No.        201015374-D | |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | Analysis Service Charge | 9.95 |
| 8/09 | IRS                USATAXPYMT | 10,280.78 |
| | 270662100727768 | |
| 8/16 | GEORGIA WITHHOLDGA TX PYMT | 2,624.15 |
| | 1899805PH | |
| | TXP*1899805PH*011*060731*T*262 | |
| | 415\ | |
| 8/23 | IRS                USATAXPYMT | 10,081.60 |
| | 270663500509729 | |

EXHIBIT "A" - 4

```
Date    8/31/06              Page      5
Primary Account            201015374
Enclosures                        224
```

Flat Fee Easy Business Ckg              201015382   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 252.31 | 8/09 | 2,027.14 | 8/18 | 12,350.45 |
| 8/04 | 12,307.92 | 8/16 | 402.99 | 8/23 | 2,268.85 |

Introducing our Market CD offering premium rates.
Call 706-738-6990 for details.

| Flat Fee Easy Business Ckg | | Number of Enclosures | 108 |
|---|---|---|---|
| Account Number | 201015390 | Statement Dates  8/01/06 thru  8/31/06 | |
| Previous Balance | 2,435.57 | Days This Statement Period | 31 |
| 2 Deposits/Credits | 84,235.53 | Average Ledger | 13,751.11 |
| 109 Checks/Debits | 85,219.40 | Average Collected | 13,751.11 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 1,451.70 | | |

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 8/04 | Transfer to payroll | 41,701.52 |
| 8/18 | Telephone transfer credit from | 42,534.01 |
| | Acct No.    201015374-D | |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | Analysis Service Charge | 20.45 |

### Summary by Check Number

| Date | Check | Amount | Date | Check | Amount | Date | Check | Amount |
|------|-------|--------|------|-------|--------|------|-------|--------|
| 8/09 | | 760.03 | 8/04 | 14247 | 1210.54 | 8/04 | 14260 | 900.03 |
| 8/04 | 14237* | 734.49 | 8/08 | 14248 | 853.66 | 8/04 | 14262* | 355.68 |
| 8/08 | 14238 | 331.74 | 8/07 | 14249 | 1065.58 | 8/07 | 14263 | 1507.78 |
| 8/09 | 14239 | 588.19 | 8/04 | 14250 | 740.40 | 8/08 | 14265* | 414.06 |
| 8/07 | 14240 | 550.90 | 8/08 | 14253* | 1046.06 | 8/08 | 14266 | 998.10 |
| 8/04 | 14241 | 671.23 | 8/04 | 14254 | 1124.40 | 8/04 | 14267 | 554.40 |
| 8/07 | 14242 | 457.36 | 8/04 | 14255 | 524.68 | 8/07 | 14268 | 408.19 |
| 8/08 | 14243 | 515.48 | 8/04 | 14256 | 660.11 | 8/08 | 14269 | 506.50 |
| 8/04 | 14244 | 396.60 | 8/04 | 14257 | 532.45 | 8/08 | 14270 | 832.73 |
| 8/04 | 14245 | 323.07 | 8/04 | 14258 | 449.91 | 8/07 | 14271 | 860.83 |
| 8/04 | 14246 | 1054.10 | 8/04 | 14259 | 566.31 | 8/08 | 14273* | 1021.76 |

* Indicates Break in Check Number Sequence

EXHIBIT "A" -5

SEP-13-2006 17:10 GB&T OPS 706 759 1337 P.07/17
Reprint Page 6 - 9/13/2006, 2:54pm ...

Case:07-01015-LWD   Doc#:1   Filed:03/12/07   Entered:03/12/07 16:48:49   Page:16 of 25

```
                                          Date    8/31/06        Page      6
                                          Primary Account         201015374
                                          Enclosures                    224
```

Flat Fee Easy Business Ckg                201015390   (Continued)

### Summary by Check Number

| Date | Check | Amount | Date | Check | Amount | Date | Check | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/07 | 14276* | 984.87 | 8/18 | 14302 | 499.74 | 8/23 | 14328* | 439.42 |
| 8/07 | 14277 | 177.32 | 8/18 | 14303 | 504.17 | 8/22 | 14329 | 827.54 |
| 8/08 | 14278 | 1036.80 | 8/18 | 14304 | 457.92 | 8/21 | 14330 | 860.82 |
| 8/08 | 14279 | 480.38 | 8/18 | 14305 | 1053.36 | 8/24 | 14331 | 45.11 |
| 8/07 | 14281* | 471.59 | 8/18 | 14306 | 1216.46 | 8/22 | 14332 | 837.15 |
| 8/07 | 14282 | 364.23 | 8/22 | 14307 | 998.08 | 8/18 | 14333 | 719.43 |
| 8/08 | 14283 | 552.59 | 8/21 | 14308 | 1065.58 | 8/18 | 14334 | 804.12 |
| 8/07 | 14284 | 963.22 | 8/18 | 14309 | 635.34 | 8/18 | 14335 | 567.66 |
| 8/07 | 14285 | 535.20 | 8/23 | 14310 | 823.80 | 8/18 | 14336 | 1036.02 |
| 8/07 | 14286 | 466.16 | 8/22 | 14311 | 836.12 | 8/22 | 14337 | 546.55 |
| 8/08 | 14287 | 253.51 | 8/21 | 14312 | 1329.49 | 8/18 | 14338 | 378.56 |
| 8/04 | 14288 | 616.31 | 8/18 | 14313 | 666.59 | 8/18 | 14339 | 429.51 |
| 8/04 | 14289 | 872.93 | 8/18 | 14314 | 636.87 | 8/21 | 14340 | 406.31 |
| 8/07 | 14290 | 930.92 | 8/18 | 14315 | 464.60 | 8/22 | 14341 | 492.48 |
| 8/09 | 14291 | 1140.71 | 8/22 | 14316 | 663.96 | 8/21 | 14342 | 962.44 |
| 8/28 | 14292 | 2588.68 | 8/18 | 14317 | 521.27 | 8/21 | 14343 | 541.11 |
| 8/28 | 14293 | 3443.68 | 8/21 | 14318 | 957.76 | 8/18 | 14344 | 132.04 |
| 8/04 | 14294 | 733.28 | 8/22 | 14319 | 846.18 | 8/21 | 14346* | 744.50 |
| 8/09 | 14295 | 807.39 | 8/18 | 14320 | 340.22 | 8/21 | 14347 | 873.27 |
| 8/04 | 14296 | 871.03 | 8/18 | 14321 | 1506.98 | 8/28 | 14348 | 1140.71 |
| 8/07 | 14297 | 225.57 | 8/18 | 14322 | 741.37 | 8/28 | 14349 | 2588.67 |
| 8/09 | 14298 | 449.36 | 8/22 | 14323 | 512.67 | 8/28 | 14350 | 3443.67 |
| 8/22 | 14299 | 246.58 | 8/21 | 14324 | 1131.74 | 8/22 | 14351 | 1827.07 |
| 8/23 | 14300 | 665.63 | 8/18 | 14325 | 555.34 | 8/18 | 14352 | 616.74 |
| 8/21 | 14301 | 615.74 | 8/21 | 14326 | 550.53 | 8/21 | 14353 | 410.88 |

* Indicates Break in Check Number Sequence

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 2,415.12 | 8/09 | 7,665.92 | 8/23 | 14,702.22 |
| 8/04 | 30,105.81 | 8/18 | 35,715.62 | 8/24 | 14,657.11 |
| 8/07 | 20,136.09 | 8/21 | 25,265.45 | 8/28 | 1,451.70 |
| 8/08 | 11,411.60 | 8/22 | 16,631.07 | | |

EXHIBIT "A" - 6

Commercial & Military Systems Co., Inc

9/11/2006 3:34 PM

Register: GB&T - Operating- 5374

From 08/01/2006 through 09/07/2006

# EXHIBIT "B"

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/01/2006 | 3700V | Jonie H. Yu | LEASEHOLD IMPRO... | Deposit | | * | 1,200.00 | 5,721.93 |
| 08/01/2006 | Draft | Colson Sevices | NP - SBA Loan (Colso... | | 9,118.61 | * | | -3,396.68 |
| 08/01/2006 | W/TRANS | JC De Columbia | G&A - O/S  Svc Consu... | | 4,700.00 | * | | -8,096.68 |
| 08/01/2006 | 4103 | Georgia Power | *Accounts Payable | 03905-68000 | 9,803.92 | * | | -17,900.60 |
| 08/01/2006 | 4104 | Woodhill Apartment | Caspy expenses | August, 2006 (... | 685.00 | * | | -18,585.60 |
| 08/01/2006 | 4106 | Titan | Inventory | Columbia | 399.57 | * | | -18,985.17 |
| 08/01/2006 | 4107 | Child Support Enforc... | -split- | CMS F.I.N  58... | 1,219.85 | * | | -20,205.02 |
| 08/01/2006 | 4108 | Chapter 13 Trustee | Garnishments | Case # 04-12294 | 92.38 | * | | -20,297.40 |
| 08/01/2006 | 4109 | Magistrate Court | Payroll Liabilities | 58-2104742 | 140.26 | * | | -20,437.66 |
| 08/01/2006 | 4110 | United State Treasury | Payroll Liabilities | 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 | 50.00 | * | | -20,487.66 |
| 08/01/2006 | 4111 | Drummond American | Supply:Supply-Prod | 06-10130 | 2,727.60 | * | | -23,215.26 |
| 08/01/2006 | 4112 | Roadway Express | Freight:Freight-In-Inve... | Freight for IDF | 572.93 | * | | -23,788.19 |
| 08/01/2006 | 4113 | Southeastern Equipm... | Inventory | 06-20148 | 504.60 | * | | -24,292.79 |
| 08/01/2006 | 4114 | Sherwin Williams | Supply:Supply-Paint | 06-20141 | 3,328.00 | * | | -27,620.79 |
| 08/01/2006 | 4115 | The John Johnson Co | Inventory | 06-30009 | 2,290.00 | * | | -29,910.79 |
| 08/01/2006 | 4116 | Thomas G. Faria Corp | Inventory | 06-40011 | 10,336.00 | * | | -40,246.79 |
| 08/01/2006 | 4117 | Jonie H. Yu | -split- | Sams Club | 51.11 | * | | -40,297.90 |
| 08/01/2006 | 4118 | Shirley Cullen | -split- | Sam's Club | 40.06 | * | | -40,337.96 |
| 08/01/2006 | 4119 | Giuliana Milan | -split- | Sam's Club | 67.81 | * | | -40,405.77 |
| 08/01/2006 | 4160 | Georgia Department ... | Sales Tax Payable | | 79.38 | * | | -40,485.15 |
| 08/02/2006 | 4120 | US Postmaster | G&A - Postage | Next Day Air | 43.20 | * | | -40,528.35 |
| 08/02/2006 | 4121 | US Postmaster | G&A - Postage | 100 Stamps | 39.00 | * | | -40,567.35 |
| 08/02/2006 | 4122 | Eric E. Yu | G&A - Internet Expenses | | 430.00 | * | | -40,997.35 |
| 08/02/2006 | 4124 | Sean Seawright | G&A - Computer Maint. | June/July | 154.00 | * | | -41,151.35 |
| 08/03/2006 | 4125 | Overnite Transportati... | -split- | Sharpf | 181.17 | * | | -41,332.52 |
| 08/03/2006 | 4126 | Yellow Freight | Freight:Freight-Out-In... | Return Mercha... | 265.89 | * | | -41,598.41 |
| 08/03/2006 | 4127 | Cooper Truck  Repair | Inventory | 06-30149 | 260.00 | * | | -41,858.41 |
| 08/03/2006 | 4128 | Kim Williams | MF - Outside Labor | Outside Labor | 318.50 | * | | -42,176.91 |
| 08/03/2006 | 4129 | Southern Cleaning Pr... | MF - Equipment Maint... | 21711 | 396.38 | * | | -42,573.29 |
| 08/03/2006 | 4130 | Smith, Kevin | MF - Employee Training | | 122.02 | * | | -42,695.31 |
| 08/04/2006 | Deposit | | NP - Y&JE | Deposit | | * | 70,000.00 | 27,304.69 |
| 08/04/2006 | Transfer | Georgia Bank & Trust | GB&T - Payroll-5390 | | 41,701.52 | * | | -14,396.83 |
| 08/04/2006 | Transfer | Georgia Bank & Trust | GB&T - Payroll Tax-5... | | 12,055.61 | * | | -26,452.44 |
| 08/04/2006 | 4131 | G&K Services | Uniforms | 09133-01 | 292.19 | * | | -26,744.63 |
| 08/04/2006 | 4132 | Kelley Ashley | G&A - O/S Svs Tempa... | | 144.00 | * | | -26,888.63 |
| 08/07/2006 | BANK | RBS LYNK | G&A - Bank Fees | | 30.45 | * | | -26,919.08 |
| 08/07/2006 | 4133 | Michael Yougblood | MF - Outside Labor | | 305.00 | * | | -27,224.08 |
| 08/07/2006 | 4134 | SOS | *Accounts Payable | 16366 | 60.34 | * | | -27,284.42 |
| 08/07/2006 | 4135 | Heritage-Crystal Clea... | *Accounts Payable | Bert Holland | 120.00 | * | | -27,404.42 |
| 08/07/2006 | 4136 | R.G Ray Corporation | *Accounts Payable | | 3,109.79 | * | | -30,514.21 |

Page 1

Commercial & Military Systems Co., Inc

9/11/2006 3:34 PM

Register: GB&T - Operating- 5374

From 08/01/2006 through 09/07/2006

Sorted by: Date, Type, Number/Ref

# EXHIBIT "B"

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/07/2006 | 4137 | Solomon Consulting | *Accounts Payable | June Consulting | 1,125.00 | * | | -31,639.21 |
| 08/07/2006 | 4138 | Solomon Consulting | -split- | Jully Consulting | 2,475.00 | * | | -34,114.21 |
| 08/07/2006 | 4139 | Cash | Petty Cash | 08/07/06 | 248.00 | | | -34,362.21 |
| 08/07/2006 | 4140 | O&C Diesel | Inventory | 06-30153 | 500.00 | * | | -34,862.21 |
| 08/07/2006 | 4141 | Cash | -split- | Petty Cash 08/... | 237.53 | * | | -35,099.74 |
| 08/08/2006 | Deposit | | -split- | Deposit | | * | 6,075.79 | -29,023.95 |
| 08/08/2006 | 4142 | The Augusta Chronicle | G&A - Dues and Subsc... | 3411017 080206 | 18.50 | * | | -29,042.45 |
| 08/10/2006 | CC Pmt | CSI Inc. | Undeposited Funds | Deposit | | * | 223.02 | -28,819.43 |
| 08/10/2006 | CC Pmt | CSI Inc. | Undeposited Funds | Deposit | | * | 305.17 | -28,514.26 |
| 08/10/2006 | CC Pmt | CSI Inc. | Undeposited Funds | Deposit | | * | 90.91 | -28,423.35 |
| 08/10/2006 | 4144 | Celette Smith | Employee Advances | | 30.00 | * | | -28,453.35 |
| 08/11/2006 | Deposit | | -split- | Deposit | | * | 31,210.00 | 2,756.65 |
| 08/11/2006 | 4145 | G&K Services | Uniforms | 09133-01 | 308.84 | * | | 2,447.81 |
| 08/11/2006 | 4146 | John McManus | Inventory | 06-30151 | 247.50 | * | | 2,200.31 |
| 08/11/2006 | 4147 | US Postmaster | G&A - Postage | Stamps | 39.00 | * | | 2,161.31 |
| 08/11/2006 | 4148 | Caspi, Yitzhak | G&A - Travel & Entert... | Reimbursement... | 1,900.00 | * | | 261.31 |
| 08/11/2006 | 4149 | Robert Youngblood | G&A - O/S Svc Janit./... | Gardening Serv... | 500.00 | * | | -238.69 |
| 08/14/2006 | 4150 | UPS | *Accounts Payable | | 793.11 | * | | -1,031.80 |
| 08/14/2006 | 4151 | Napa Auto Parts | Inventory | 06-30098 | 1,694.01 | * | | -2,725.81 |
| 08/14/2006 | 4152 | Titan | Inventory | 06-20154 | 294.00 | * | | -3,019.81 |
| 08/14/2006 | 4153 | Titan | Inventory | 06-20154 | 150.00 | * | | -3,169.81 |
| 08/14/2006 | 4154 | Trident Autotech Corp | Inventory | 06-30132 | 2,375.00 | * | | -5,544.81 |
| 08/15/2006 | Draft | Northern Leasing | MF - Equipment Rental | | 32.09 | * | | -5,576.90 |
| 08/15/2006 | 4143 | UPS | Freight | | 329.85 | * | | -5,906.75 |
| 08/15/2006 | 4155 | Chapter 13 Trustee | Garnishments | Case # 04-12294 | 92.38 | * | | -5,999.13 |
| 08/15/2006 | 4156 | Child Support Enforc... | Garnishments | CMS F.I.N  58... | 1,431.35 | * | | -7,430.48 |
| 08/15/2006 | 4157 | Magistrate Court | Payroll Liabilities | 58-2104742 | 152.21 | * | | -7,582.69 |
| 08/15/2006 | 4158 | United State Treasury | Payroll Liabilities | 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 | 50.00 | * | | -7,632.69 |
| 08/15/2006 | 4159 | US Postmaster | G&A - Postage | | 78.00 | * | | -7,710.69 |
| 08/16/2006 | TRANSF | Georgia Bank & Trust | GB&T - Payroll Tax-5... | | 1,000.00 | * | | -8,710.69 |
| 08/17/2006 | 4161 | Heath, Tommy D | Employee Advances | | 270.00 | * | | -8,980.69 |
| 08/18/2006 | Deposit | Georgia Bank & Trust | -split- | Deposit | | * | 7,132.23 | -1,848.46 |
| 08/18/2006 | Deposit | Y & JE, Inc | NP - Y&JE | Deposit | | * | 50,000.00 | 48,151.54 |
| 08/18/2006 | Bank | Georgia Bank & Trust | GB&T - Payroll-5390 | | 42,534.01 | * | | 5,617.53 |
| 08/18/2006 | BANK | Georgia Bank & Trust | G&A - Bank Fees | | 6.00 | * | | 5,611.53 |
| 08/18/2006 | Transfer | Georgia Bank & Trust | GB&T - Payroll Tax-5... | | 11,947.46 | * | | -6,335.93 |
| 08/18/2006 | 4162 | John McManus | -split- | 253783 | 1,157.25 | * | | -7,493.18 |
| 08/18/2006 | 4163 | G&K Services | Uniforms | 09133-01 | 659.41 | * | | -8,152.59 |
| 08/18/2006 | 4164 | Kelley Ashley | G&A - O/S Svs Tempa... | | 240.00 | * | | -8,392.59 |
| 08/18/2006 | 4165 | USF Holland Inc. | Freight:Freight-In-Inve... | | 113.14 | * | | -8,505.73 |

Commercial & Military Systems Co., Inc

9/11/2006 3:34 PM

Register: GB&T - Operating- 5374

From 08/01/2006 through 09/07/2006

Sorted by: Date, Type, Number/Ref

# EXHIBIT "B"

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/18/2006 | 4166 | Sean Seawright | G&A - Computer Maint. | | 332.75 | * | | -8,838.48 |
| 08/18/2006 | 4167 | Phoenix Oil Company | *Accounts Payable | 0163532-IN | 1,220.36 | * | | -10,058.84 |
| 08/18/2006 | 4168 | Red River | Inventory | VOID: 06-20153 | | X | | -10,058.84 |
| 08/18/2006 | 4169 | Fabrication Specialty... | -split- | | 5,587.50 | * | | -15,646.34 |
| 08/18/2006 | 4170 | German Auto Parts | -split- | 06-30119 | 675.00 | * | | -16,321.34 |
| 08/18/2006 | 4171 | Master Fabricators | MF - Parts | 06-10153 | 2,671.40 | | | -18,992.74 |
| 08/18/2006 | 4172 | Sherwin Williams | Inventory | 06-20160 | 1,819.50 | * | | -20,812.24 |
| 08/18/2006 | 4173 | Memphis Equipment | Inventory | | 16.00 | | | -20,828.24 |
| 08/18/2006 | 4174 | Bearing Distributors | Inventory | 06-30154 | 5,475.00 | | | -26,303.24 |
| 08/22/2006 | 4175 | Advanced Disposal | *Accounts Payable | 007025 | 736.04 | * | | -27,039.28 |
| 08/22/2006 | 4176 | Ansur America | *Accounts Payable | 9305914000 | 2,365.91 | * | | -29,405.19 |
| 08/22/2006 | 4177 | Augusta Utilities | *Accounts Payable | | 646.24 | * | | -30,051.43 |
| 08/22/2006 | 4178 | Blue Cross Blue Shield | *Accounts Payable | VOID: | | X | | -30,051.43 |
| 08/22/2006 | 4179 | Javelin Tire Company | Inventory | VOID: 06-40010 | | X | | -30,051.43 |
| 08/22/2006 | 4180 | Clark Brothers | Inventory | VOID: 06-30138 | | X | | -30,051.43 |
| 08/22/2006 | 4181 | B & B Industrial Sale... | -split- | 06-11077 | 97.92 | | | -30,149.35 |
| 08/22/2006 | 4182 | Augusta Tools & Spe... | -split- | VOID: 06-11076 | | X | | -30,149.35 |
| 08/22/2006 | 4183 | SunTrust | NP SunTrust-BMW | 505000050503... | 833.98 | * | | -30,983.33 |
| 08/22/2006 | 4184 | Companion Life | *Accounts Payable | 901 14 72790 0... | 231.83 | * | | -31,215.16 |
| 08/22/2006 | 4185 | FEDEX | *Accounts Payable | 1090172683 | 674.31 | * | | -31,889.47 |
| 08/22/2006 | 4186 | Georgia Casualty & ... | *Accounts Payable | VOID: 0013020 | | X | | -31,889.47 |
| 08/22/2006 | 4187 | Georgia Natural Gas | *Accounts Payable | | 1,068.82 | * | | -32,958.29 |
| 08/22/2006 | 4188 | Jefferson Pilot | *Accounts Payable | BL-86490 | 708.56 | * | | -33,666.85 |
| 08/22/2006 | 4189 | NUVOX | *Accounts Payable | 151234 | 766.93 | * | | -34,433.78 |
| 08/22/2006 | 4190 | Premium Assigneme... | *Accounts Payable | 288120 | 2,709.22 | * | | -37,143.00 |
| 08/22/2006 | 4191 | SOS | *Accounts Payable | 16506 | 32.27 | * | | -37,175.27 |
| 08/22/2006 | 4192 | Blue Cross Blue Shield | *Accounts Payable | | 3,057.39 | * | | -40,232.66 |
| 08/22/2006 | 4193 | Chapter 13 Trustee | Garnishments | Case # 04-12294 | 92.38 | * | | -40,325.04 |
| 08/22/2006 | 4194 | Robert Youngblood | G&A - O/S Svc Janit./... | Bill | 375.00 | * | | -40,700.04 |
| 08/22/2006 | 4195 | Giuliana Milan | -split- | Expenses | 76.51 | | | -40,776.55 |
| 08/22/2006 | 4196 | Smith, Kevin | G&A - Travel Misc | Travel | 24.92 | * | | -40,801.47 |
| 08/22/2006 | 4197 | Jonie H. Yu | -split- | Refund | 413.26 | * | | -41,214.73 |
| 08/22/2006 | 4198 | Child Support Enforc... | Garnishments | CMS F.I.N 58... | 1,431.35 | * | | -42,646.08 |
| 08/22/2006 | 4199 | Magistrate Court | Payroll Liabilities | 58-2104742 | 166.23 | * | | -42,812.31 |
| 08/22/2006 | 4200 | United State Treasury | Payroll Liabilities | 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 | 50.00 | * | | -42,862.31 |
| 08/23/2006 | 4201 | AFLAC | AFLAC | VOID: KY380 | | X | | -42,862.31 |
| 08/24/2006 | 4202 | AFLAC | AFLAC | KY380 | 821.66 | * | | -43,683.97 |
| 08/24/2006 | 4203 | Y & JE, Inc | NP - Y&JE | | 275,000.00 | * | | -318,683.97 |
| 08/24/2006 | 4204 | Finishmaster | -split- | 06-10155 | 474.80 | * | | -319,158.77 |
| 08/24/2006 | 4205 | Truck Parts Specialists | -split- | VOID: 06-11078 | | X | | -319,158.77 |

Page 3

Commercial & Military Systems Co., Inc

9/11/2006 3:34 PM

Register: GB&T - Operating- 5374

From 08/01/2006 through 09/07/2006

Sorted by: Date, Type, Number/Ref

# EXHIBIT "B"

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/24/2006 | 4206 | Blue Cross Blue Shield | Insurance:Insurance-H... | 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 | 141.00 | | | -319,299.77 |
| 08/24/2006 | 4207 | Blue Cross Blue Shield | Insurance:Insurance-H... | 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 | 152.00 | | | -319,451.77 |
| 08/24/2006 | 4208 | Blue Cross Blue Shield | Insurance:Insurance-H... | 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 | 38.27 | | | -319,490.04 |
| 08/24/2006 | 4209 | Blue Cross Blue Shield | Insurance | 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 | 38.27 | | | -319,528.31 |
| 08/24/2006 | 4210 | DHL | Freight:Other Fees | cHIN yU | 74.93 | | | -319,603.24 |
| 08/24/2006 | 4218 | SRS LLC | *Accounts Payable | | 4,789.00 | * | | -324,392.24 |
| 08/25/2006 | | | Undeposited Funds | Deposit | | * | 210.23 | -324,182.01 |
| 08/25/2006 | | | Undeposited Funds | Deposit | | * | 207.68 | -323,974.33 |
| 08/25/2006 | Wire Tr | DFAS-COLUMBUS ... | Undeposited Funds | Deposit | | | 447,628.32 | 123,653.99 |
| 08/25/2006 | 4211 | G&K Services | Uniforms | 09133-01 | 312.41 | * | | 123,341.58 |
| 08/25/2006 | 4212 | Stephan Wood Produ... | Inventory | 06-30109 | 2,890.00 | * | | 120,451.58 |
| 08/25/2006 | 4213 | Cummins Power Sou... | Inventory | 06-20171 | 221.71 | * | | 120,229.87 |
| 08/25/2006 | 4214 | Napa Auto Parts | -split- | 06-10156 | 884.70 | * | | 119,345.17 |
| 08/25/2006 | 4215 | O&C Diesel | Inventory | 06-30164 | 750.00 | * | | 118,595.17 |
| 08/25/2006 | 4216 | Lowe's of Augusta | -split- | 06-10152 | 169.06 | * | | 118,426.11 |
| 08/25/2006 | 4217 | Texas Power Steerin... | Inventory | 06-33022 | 180.00 | * | | 118,246.11 |
| 08/25/2006 | 4219 | Truck Parts Specialists | -split- | 06-11078 | 302.68 | | | 117,943.43 |
| 08/25/2006 | 4220 | Jefferson Pilot | Insurance:Insurance-Life | VOID: BL-864... | | X | | 117,943.43 |
| 08/28/2006 | 4221 | Caughman, Charles W | Employee Advances | | 75.00 | * | | 117,868.43 |
| 08/28/2006 | 4222 | Regions Bank | NP - Regions Bank | 308-3610313-9... | 14,387.09 | * | | 103,481.34 |
| 08/28/2006 | JE 118 | Georgia Casualty & ... | Insurance:Insurance Ge... | Check returned... | 1,552.00 | * | | 101,929.34 |
| 08/29/2006 | 4223 | US Postmaster | G&A - Postage | Stamps | 39.00 | | | 101,890.34 |
| 08/29/2006 | 4224 | Blanchard & Calhoun | Insurance:Insurance U... | Insurance | 1,419.78 | | | 100,470.56 |
| 08/30/2006 | 4226 | Y & JE, Inc | *Accounts Payable | VOID: P.O. # ... | | X | | 100,470.56 |
| 08/31/2006 | | | Undeposited Funds | Deposit | | * | 96.18 | 100,566.74 |
| 08/31/2006 | 4069v | Rex Auto Parts | Inventory | Deposit | | * | 624.00 | 101,190.74 |
| 08/31/2006 | 4225 | G&K Services | Uniforms | 09133-01 | 266.12 | | | 100,924.62 |
| 08/31/2006 | 4227 | J & J Machine | Inventory | 06-30104 | 3,741.00 | | | 97,183.62 |
| 08/31/2006 | 4228 | Southeastern Equipm... | Inventory | 06-20168 | 190.00 | | | 96,993.62 |
| 08/31/2006 | 4229 | Cooper Truck Repair | Inventory | 06-30169 | 1,297.50 | | | 95,696.12 |
| 08/31/2006 | 4230 | Celtic | Inventory | 06-20167 | 500.00 | | | 95,196.12 |
| 08/31/2006 | 4231 | CME ARMA | Inventory | VOID: 06-30171 | | X | | 95,196.12 |
| 08/31/2006 | 4232 | Whitton Radiators | Inventory | 06-30171 | 850.00 | | | 94,346.12 |
| 08/31/2006 | 4233 | Woodhill Apartment | Caspy expenses | Caspi Septemb... | 685.00 | | | 93,661.12 |
| 08/31/2006 | 4235 | CME ARMA | Inventory | 06-30171 | 1,250.00 | | | 92,411.12 |
| 09/01/2006 | | | -split- | Deposit | | | 607.73 | 93,018.85 |
| 09/01/2006 | 5000V | Georgia Bank & Trust | Prepaid Property Taxes | Deposit | | | 15,000.00 | 108,018.85 |
| 09/01/2006 | Draft | Colson Sevices | NP - SBA Loan (Colso... | | 9,118.61 | | | 98,900.24 |
| 09/01/2006 | TRANSF... | Georgia Bank & Trust | GB&T - Payroll-5390 | | 38,224.73 | | | 60,675.51 |
| 09/01/2006 | TRANSF... | Georgia Bank & Trust | GB&T - Payroll Tax-5... | | 9,249.42 | | | 51,426.09 |

Page 4

Commercial & Military Systems Co., Inc

9/11/2006 3:34 PM

Register: GB&T - Operating- 5374

From 08/01/2006 through 09/07/2006



Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/01/2006 | 4236 | Kelley Ashley | G&A - O/S Svs Tempa... | | 432.00 | | | 50,994.09 |
| 09/01/2006 | 4237 | Georgia Department ... | MF - Environ.  Improv... | | 1,500.00 | | | 49,494.09 |
| 09/01/2006 | 4240 | SunTrust | -split- | | 9,857.54 | | | 39,636.55 |
| 09/01/2006 | 4241 | Citi Card | -split- | | 6,781.74 | | | 32,854.81 |
| 09/06/2006 | | | Undeposited Funds | Deposit | | | 33,230.48 | 66,085.29 |
| 09/06/2006 | 4238 | Heath, Jerry G. | Miscellaneous | Uniforms | 11.80 | | | 66,073.49 |
| 09/06/2006 | 4239 | General Purpose Veh... | *Accounts Payable | | 4,200.00 | | | 61,873.49 |
| 09/07/2006 | Bank | Georgia Bank & Trust | GB&T - Payroll-5390 | | 1,000.00 | | | 60,873.49 |
| 09/07/2006 | | | -split- | Deposit | | | 4,491.01 | 65,364.50 |
| 09/07/2006 | | | Supply:Supply-Prod | Deposit | | | 18.82 | 65,383.32 |
| 09/07/2006 | Transfer | Georgia Bank & Trust | GB&T - Payroll Tax-5... | | 4,000.00 | | | 61,383.32 |
| 09/07/2006 | 4070v | Findiciones Y Macan... | Inventory | Deposit | | | 1,350.00 | 62,733.32 |
| 09/07/2006 | 4242 | Chapter 13 Trustee | Garnishments | Case # 04-12294 | 92.38 | | | 62,640.94 |
| 09/07/2006 | 4244 | Magistrate Court | Payroll Liabilities | 58-2104742 | 150.13 | | | 62,490.81 |
| 09/07/2006 | 4245 | United State Treasury | Payroll Liabilities | 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 | 50.00 | | | 62,440.81 |
| 09/07/2006 | 4246 | Blue Cross Blue Shield | *Accounts Payable | | 3,939.48 | | | 58,501.33 |
| 09/07/2006 | 4247 | Child Support Enforc... | Garnishments | CMS F.I.N  58... | 1,431.35 | | | 57,069.98 |
| 09/07/2006 | 4248 | Bill Hollingsworth | G&A - Professional Fees | Appreisal | 600.00 | | | 56,469.98 |
| 09/07/2006 | 4249 | Georgia Department ... | SUTA Payables | VOID: 618504... | | X | | 56,469.98 |
| 09/07/2006 | 4250 | Georgia Department ... | SUTA Payables | VOID: 618504... | | X | | 56,469.98 |
| 09/07/2006 | 4251 | Georgia Department ... | SUTA Payables | 618504-05 | 2,736.63 | | | 53,733.35 |

```
First Citizens
1230 Main Street
PO Box 29
Columbia, SC 29202-0029
                                              SC08


                              Your Account(s) At A Glance

    Y & JE INC               Checking
    4349 MILLER DR           Balance      262,833.85+
    EVANS GA 30809-4256

                    IM
                    482
```

Statement Period: August 1 , 2006 Thru August 31, 2006     Account Number :     052147259701
Branch : 482

---

Business Checking  II
Account Number :   052147259701                        Enclosures In Statement: 0

```
Beginning Balance          31,751.49+    Statement Period Days              31
   2 Deposits             435,000.00+    Average Collected Balance   13,968.00+
   0 Other Credits             0.00
   9 Checks              203,786.64-
  10 Other Debits            131.00-
Monthly Service Charge         0.00

Ending  Balance          262,833.85+
```

---

Deposits To Your Account

| Date | Amount | Date | Amount |
| ---- | ------ | ---- | ------ |
| 08-11 | 160,000.00 | 08-28 | 275,000.00 |

---

Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
| --------- | ---- | ------ | --------- | ---- | ------ | --------- | ---- | ------ |
| 1083 | 08-01 | 25,000.00 | 1086 | 08-11 | 2,000.00 | 1089 | 08-21 | 6,198.61 |
| 1084 | 08-11 | 865.69 | 1087 | 08-15 | 30,000.00 | 1090 | 08-22 | 18,981.98 |
| 1085 | 08-08 | 70,000.00 | 1088 | 08-25 | 740.36 | 1091 | 08-21 | 50,000.00 |

*Prior Check Number(s) Not Included or Out of Sequence.

---

Other Debits From Your Account

| Date | Description | Amount |
| ---- | ----------- | ------ |
| 08-07 | Insufficient Funds Fee | 32.00 |
| 08-08 | Overdrawn Account Fee | 5.00 |
| 08-09 | Overdrawn Account Fee | 5.00 |
| 08-10 | Overdrawn Account Fee | 5.00 |

Direct Customer Inquiry Calls To
FIRST CITIZENS
Hotline At 1-888-612-4444.

Page 1 of 2

EXHIBIT "C"

Statement Period: August 1 , 2006 Thru August 31, 2006          Account Number :    052147259701
Branch : 482

Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|--------|
| 08-21 | Insufficient Funds Fee | 32.00 |
| 08-22 | Overdrawn Account Fee | 5.00 |
| 08-23 | Overdrawn Account Fee | 5.00 |
| 08-24 | Insufficient Funds Fee | 32.00 |
| 08-24 | Overdrawn Account Fee | 5.00 |
| 08-25 | Overdrawn Account Fee | 5.00 |
| | Total | 131.00 |

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08-01 | 6,751.49+ | 08-11 | 93,838.80+ | 08-24 | 11,420.79- |
| 08-07 | 6,719.49+ | 08-15 | 63,838.80+ | 08-25 | 12,166.15- |
| 08-08 | 63,285.51- | 08-21 | 7,608.19+ | 08-28 | 262,833.85+ |
| 08-09 | 63,290.51- | 08-22 | 11,378.79- | | |
| 08-10 | 63,295.51- | 08-23 | 11,383.79- | | |



EXHIBIT "C"

```
First Citizens
1230 Main Street
PO Box 29
Columbia, SC 29202-0029
                                                      SC08



                                       Your Account(s) At A Glance

   Y & JE INC                          Checking
   4349 MILLER DR                      Balance           13,611.74+
   EVANS GA 30809-4256
                              IM
                              482
```

Statement Period: September 1 , 2006 Thru September 30, 2006  Account Number :     052147259701
Branch : 482

---

Business Checking  II
Account Number :   052147259701                        Enclosures In Statement: 0

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 262,833.85+ | Statement Period Days | | 30 |
| 0 Deposits | 0.00 | Average Collected Balance | | 176,882.00+ |
| 0 Other Credits | 0.00 | | | |
| 6 Checks | 241,222.11- | | | |
| 1 Other Debits | 8,000.00- | | | |
| Monthly Service Charge | 0.00 | | | |
| Ending  Balance | 13,611.74+ | | | |

---

Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1092 | 09-06 | 2,000.00 | 1094 | 09-15 | 100,000.00 | 534191 * | 09-15 | 9,000.00 |
| 1093 | 09-06 | 1,222.11 | 1095 | 09-26 | 120,000.00 | 587988 * | 09-29 | 9,000.00 |

*Prior Check Number(s) Not Included or Out of Sequence.

Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 09-14 | # Miscellaneous Debit | 8,000.00 |
| | Total | 8,000.00 |

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09-06 | 259,611.74+ | 09-15 | 142,611.74+ | 09-29 | 13,611.74+ |
| 09-14 | 251,611.74+ | 09-26 | 22,611.74+ | | |

Direct Customer Inquiry Calls To
FIRST CITIZENS
Hotline At 1-888-612-4444.



EXHIBIT "D"   Page 1 of 1

B 104
(Rev. 2/92)

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

| ADVERSARY PROCEEDING NUMBER |
|---|
| (Court Use Only) |

**PLAINTIFFS**
EDWARD J. COLEMAN, III, TRUSTEE

**DEFENDANTS**
Y&JE, INC.,
Eugene Chin Yu
Jonie Yu

2007 MAR 12 PM 3:46
U.S. BANKRUPTCY COURT
AUGUSTA, GA.
SAMUEL L. KAY, CLERK
FILED

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
EDWARD J. COLEMAN, III
SURRETT & COLEMAN, PA
P.O. BOX 1497, AUGUSTA, GA 30903
(706) 722-3301

**ATTORNEYS** (If Known)

**PARTY** (Check one box only)   ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Application to File Complaint without Filing Fee
Order Allowing Trustee to File Complaint Without Filing Fee
Complaint to Avoid and Recover Transfers of Property

## NATURE OF SUIT
(Check the one most appropriate box only)

☒ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object to or revoke a discharge 11 U.S.C. §727

☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
☐ 426 To determine the dischargeability of a debt 11 U.S.C. §523
☐ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
☐ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)
☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND**   NEAREST THOUSAND $ 300,000 or   OTHER RELIEF SOUGHT DENY PROOF OF CLAIM   ☐ JURY DEMAND

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

NAME OF DEBTOR: Commercial and Military Systems Co. Inc   BANKRUPTCY CASE NO. 04-13301-LWD

DISTRICT IN WHICH CASE IS PENDING: SOUTHERN   DIVISIONAL OFFICE: AUGUSTA   NAME OF JUDGE: Hon. Lamar W. Davis

**RELATED ADVERSARY PROCEEDING (IF ANY)**

PLAINTIFF   DEFENDANT   ADVERSARY PROCEEDING NO.

DISTRICT   DIVISIONAL OFFICE   NAME OF JUDGE

**FILING FEE** (Check one box only.)   ☐ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☒ FEE IS DEFERRED

DATE: 03-12-2007   PRINT NAME: EDWARD J. COLEMAN, III   SIGNATURE OF ATTORNEY (OR PLAINTIFF)